# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCES TURRUBIARTES MONTELONGO,<br><br>    Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>    Defendant | Case No.: 1:13-cv-00956-SKO<br><br>**STIPULATION FOR EXTENSION OF TIME; ORDER THEREON** |

The parties, through their respective counsel, stipulate that the time for Defendant to respond to Plaintiff's Request for Voluntary Remand be extended to February 10, 2014. The due date to response to Plaintiff's Request was on January 21, 2014. Because of illness, absence from the office, and press of other work, Defendant's counsel needed additional time to complete his review of Plaintiff's request and to discuss the possibility of settlement. Defendant's counsel makes this request in good faith and apologizes to the Court for the delay. Defendant's counsel has now responded to Plaintiff's Request. All other dates in the Court's Scheduling Order are extended accordingly.

///

///

1

Date: February 10, 2014            *Brian C. Shapiro*
                                   (Authorized via telephone)
                                   BRIAN C. SHAPIRO
                                   Attorney for Plaintiff

Dated: February 10, 2014           BENJAMIN B. WAGNER
                                   United States Attorney

                                   Theophous H. Reagans
                                   THEOPHOUS H. REAGANS
                                   Special Assistant U.S. Attorney

                                   Attorneys for Defendant

## **ORDER**

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that:

1. Defendant's confidential letter brief shall be served on Plaintiff no later than February 10, 2014;[1]

2. Any stipulated request for a remand shall be filed no later than February 28, 2014;

3. Plaintiff's opening brief shall be filed no later than March 17, 2014;

4. The Commissioner's opposition brief shall be filed no later than April 21, 2014; and

5. Plaintiff may file an optional reply brief no later than May 9, 2014.

IT IS SO ORDERED.

   Dated:   **February 12, 2014**              **/s/ Sheila K. Oberto**
                                        UNITED STATES MAGISTRATE JUDGE

---

[1] Defendant's counsel is reminded to file a certificate of service with the Court upon service of the confidential letter brief on Plaintiff.

2