# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCES TURRUBIARTES MONTELONGO,<br><br>      Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>      Defendant | Case No.: 1:13-CV-00956-SKO<br><br>**STIPULATION FOR EXTENSION; ORDER THEREON** |

The parties, through their respective counsel, stipulate that the time for Defendant to respond to Plaintiff's Motion for Summary Judgment be extended until May 11, 2014. Because of illness, absence from the office, and press of other work, Defendant's counsel needs additional time consult with the Commissioner regarding the defensibility of this case. Defendant's counsel makes this request in good faith and apologizes to the Court for the delay. All other dates in the Court's Scheduling Order are extended accordingly.

Date: April 11, 2014

*Brian C. Shapiro*
(Authorized via telephone)
BRIAN C. SHAPIRO
Attorney for Plaintiff

1

| | |
|---|---|
| Dated: April 11, 2014 | BENJAMIN B. WAGNER<br>United States Attorney |
| | Theophous H. Reagans<br>THEOPHOUS H. REAGANS<br>Special Assistant U.S. Attorney |
| | Attorneys for Defendant |

## **ORDER**

Pursuant to the parties' stipulation for a modification to the briefing schedule, IT IS HEREBY ORDERED that:

1.  Defendant's responsive brief shall be filed on or before May 12, 2014;[1] and
2.  Plaintiff may file an optional reply brief on or before May 30, 2014.

IT IS SO ORDERED.

Dated:   **April 14, 2014**                       /s/ Sheila K. Oberto
                                           UNITED STATES MAGISTRATE JUDGE

---

[1] The parties stipulated to extend Defendant's deadline to file a responsive brief to May 11, 2014; that date is a Sunday and it is also Mother's Day.  Thus, the Court has extended the deadline to Monday, May 12, 2014.